Alvin N. **BENNETT**, Plaintiff–Appellant,

v.

**CHARLES COUNTY PUBLIC SCHOOLS, Defendant–Appellee.**

No. 06–1723.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 2, 2007.

Alvin N. Bennett, Appellant Pro Se. Edmund Joseph O'Meally, Hodes, Ulman, Pessin & Katz, PA, Towson, Maryland, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin N. Bennett appeals the district court's order granting summary judgment to Charles County Public Schools on his Title VII claims of employment discrimination based on race. *See* 42 U.S.C. §§ 2000e–2000e–17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bennett v. Charles County Pub. Sch.*, No. 8:04–cv–01501–AW (D.Md. May 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*